Alex L. Fugazzi
Nevada Bar No. 9022
Joshua D. Cools
Nevada Bar No. 11941
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
Email: jcools@swlaw.com

Attorneys for Defendant
LM GENERAL INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JULIA MOCKBEE, individually, ROBERT MOCKBEE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Corporation; DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO. 2:15-cv-00563-APG-GWF<br><br>**STIPULATION AND ORDER TO SUBSTITUTE LM GENERAL INSURANCE COMPANY AS A DEFENDANT IN PLACE OF LIBERTY MUTUAL INSURANCE COMPANY** |

In the above-captioned case, Plaintiffs named Liberty Mutual Insurance Company as a defendant. Because LM General Insurance Company, and not Liberty Mutual Insurance Company, is the proper entity to respond to Plaintiffs' claims related to the insurance policy

///
///
///
///
///
///
///
///

issued by LM General Insurance Company, Policy No. AOS-268-797290-40, the parties hereby stipulate and agree that LM General Insurance Company shall be substituted in place of Liberty Mutual Insurance Company in the case, and the caption shall be amended accordingly.

DATED this 9th day of April, 2015.

SNELL & WILMER L.L.P.

By: /s/ Alex D. Cools
Alex L. Fugazzi
Nevada Bar No. 9022
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Pkwy., Ste. 1100
Las Vegas, NV 89169

Attorneys for Defendant
LM GENERAL INSURANCE COMPANY

DATED this 9th of April, 2015.

BREMER WHYTE BROWN
& O'MEARA LLP

By: /s/ Troy A. Clark
Nelson L. Cohen
Nevada Bar No. 7657
Troy A. Clark
Nevada Bar No. 11361
1160 N. Town Center Dr., Suite 250
Las Vegas, NV 89144

Attorneys for Plaintiffs
JULIA MOCKBEE and ROBERT MOCKBEE

**ORDER**

IT IS SO ORDERED this 17th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

Alex L. Fugazzi
Nevada Bar No. 9022
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
LM GENERAL INSURANCE COMPANY

21364984