1  ROBERT W. COTTLE, ESQ.
   Nevada Bar No. 4576
2  MATTHEW D. MINUCCI, ESQ.
   Nevada Bar No. 12449
3  **THE COTTLE FIRM**
   8635 South Eastern Avenue
4  Las Vegas, Nevada 89123
   rcottle@cottlefirm.com
5  mminucci@cottlefirm.com
   Telephone: (702) 722-6111
6  Facsimile: (702) 834-8555
   *Attorneys for Plaintiffs*

7

8                    **UNITED STATES DISTRICT COURT**

9                       **CLARK COUNTY, NEVADA**

10 JULIA MOCKBEE, individually;        )        Case No. 2:15-cv-00563-APG-GWF
   ROBERT MOCKBEE, individually,       )
11                                      )
          Plaintiffs,                   )
12                                      )
   vs.                                  )
13                                      )
   LM GENERAL INSURANCE                 )
14 COMPANY, a Corporation;              )
   DOES I through X; and ROE            )
15 CORPORATIONS I through X,            )
   inclusive,                           )
16                                      )
          Defendants.                   )
17 _____  )

18                 **<u>NOTICE OF CHANGE OF ATTORNEYS</u>**

19       TROY A. CLARK, ESQ. of BREMER WHYTE BROWN & O'MEARA LLP, as

20 counsel of record for Plaintiffs JULIA MOCKBEE and ROBERT MOCKBEE, do hereby

21 consent to the substitution of ROBERT W. COTTLE, ESQ. and MATTHEW D. MINUCCI,

22 ESQ., of THE COTTLE FIRM as attorneys for Plaintiffs, JULIA MOCKBEE and ROBERT

23 ///

24 ///

25 ///

26

27

28

                                    1

1    MOCKBEE, in the above-entitled matter in their place and stead.

2        DATED this 16th day of November, 2015.

3                                    BREMER WHYTE BROWN & O'MEARA LLP

4                                    /s/ Troy A. Clark

5

6                                    _____
                                     TROY A. CLARK, ESQ.
7                                    Nevada Bar No. 11361
                                     1160 Town Center Drive, Suite 250
8                                    Las Vegas, NV 89144
                                     (702) 258-6665
9

10       ROBERT W. COTTLE, ESQ. and MATTHEW D. MINUCCI, ESQ., of THE COTTLE

11   FIRM, do hereby agree to be substituted in the place of TROY A. CLARK, ESQ. of BREMER

12   WHYTE BROWN & O'MEARA LLP, as attorneys for Plaintiffs JULIA MOCKBEE and

13   ROBERT MOCKBEE, in the above-entitled matter.

14       DATED this 16th day of November, 2015.

15

16                                   THE COTTLE FIRM

17                                   /s/ Matthew D. Minucci

18

19                                   _____
                                     ROBERT W. COTTLE, ESQ.
20                                   Nevada Bar No. 4765
                                     MATTHEW D. MINUCCI, ESQ.
21                                   Nevada Bar No. 12449
                                     8635 S. Eastern Avenue
22                                   Las Vegas, NV 89123
                                     (702) 722-6111
23

24

25

26

27

28

                                          2

JULIA MOCKBEE and ROBERT MOCKBEE, Plaintiffs in the above-entitled matter, consent to the substitution of ROBERT W. COTTLE, ESQ. and MATTHEW D. MINUCCI, ESQ., of THE COTTLE FIRM, as their attorneys of record.

DATED this 16th day of November, 2015.

/s/ Julie Mockbee

_____
JULIE MOCKBEE

DATED this 16th day of November, 2015.

/s/ Robert Mockbee

_____
ROBERT MOCKBEE

**IT IS SO ORDERED:**

_____
GEORGE FOLEY, JR.
**United States Magistrate Judge**

**Dated:  November 17, 2015**

3

**CERTIFICATE OF SERVICE**

Pursuant to FRCP Rule 5(b), I certify I am an employee of THE COTTLE FIRM, and that on this 16th day of November 2015, I served the above and foregoing **NOTICE OF CHANGE OF ATTORNEYS,** to be served via the CM/ECF U.S. District Court Docketing System to the following:

Alex L Fugazzi, Esq.
E-mail: afugazzi@swlaw.com
Alaina C. Stephens, Esq.
E-mail: astephens@swlaw.com
**SNELL & WILMER**
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
*Attorneys for Defendants*

/s/ *Jackie A. Palm*

_____
An Employee of THE COTTLE FIRM

4